## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| A&D General Contracting, Inc. | )  ASBCA No. 61885 |
| | ) |
| Under Contract No. N62473-09-D-1658 | ) |

APPEARANCE FOR THE APPELLANT:    Nowell A. Lantz, Esq.
    Finch, Thorton & Baird, LLP
    San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Anthony K. Hicks, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: April 9, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61885, Appeal of A&D General Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals